# Third District Court of Appeal
## State of Florida

Opinion filed March 20, 2024.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D22-2119
Lower Tribunal No. F95-37823

————————————

**The State of Florida,**
Appellant,

vs.

**David Whitehead,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Daryl E. Trawick, Judge.

Ashley Moody, Attorney General, and Christina L. Dominguez, Assistant Attorney General, for appellant.

Law Offices of Ron M. Kleiner, Esq., and Ron M. Kleiner, for appellee.

Before FERNANDEZ, MILLER and GORDO, JJ.

PER CURIAM.

Affirmed.